Case 2:15-cv-00213-SMJ    Document 23    Filed 06/13/16

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 13, 2016

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRADLEY J. BECK, JR.; BRADLEY J. BECK, SR.; and NIKKI L. BECK,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>RYAN SMITH, in his individual and official capacities; and the marital community or domestic partnership comprised Ryan and Doe Smith; DOUGLAS LAWSON, in his individual and official capacities; and the marital community or domestic partnership comprised of Douglas Lawson and Doe Lawson; SPOKANE COUNTY, a Washington municipal corporation; DOE SMITH, the marital community or domestic partnership comprised Ryan and Doe Smith and DOE LAWSON, the marital community or domestic partnership comprised of Douglas Lawson and Doe Lawson,<br><br>　　　　　　　　Defendants. | No.   2:15-CV-0213-SMJ<br><br>**ORDER DISMISSING CASE** |

　　　On May 9, 2016, the parties filed a stipulated dismissal, ECF No. 22. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

//

ORDER **-** 1

**IT IS HEREBY ORDERED:**

1. The parties' Stipulation for Dismissal with Prejudice, **ECF No. 22**, is **GRANTED.**

2. All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

3. All pending motions are **DENIED AS MOOT.**

4. All hearings and other deadlines are **STRICKEN.**

5. The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 13th day of June 2016.

*[signature]*
SALVADOR MENDOZA, JR.
United States District Judge

Q:\SMJ\Civil\2015\Beck et al v Smith et al-0213\order dismissing case mv docx

ORDER **-** 2